UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WILSON ALEJANDRO MOSQUERA MARTINEZ,
Petitioner,
v.
CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 26-cv-4407-RSH-JLB

**ORDER GRANTING JOINT MOTION TO DISMISS**

[ECF No. 7]

On August 21, 2026, the parties filed a Joint Motion to Dismiss. ECF No. 7. Good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** that the case is dismissed without prejudice. The parties shall bear their own costs.

**IT IS SO ORDERED**.

Dated: August 24, 2026

Robert S Huie

Hon. Robert S. Huie
United States District Judge